IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARISOL VEGA,**

    **Plaintiff,**

**v.**                                                        **No. CIV-16-0988 KG/LAM**

**CITY OF ROSWELL, et al.,**

    **Defendants.**

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH CHANGES AND
SETTING CASE MANAGEMENT DEADLINES**

At the Rule 16 scheduling conference held on November 2, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 13*], filed October 19, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

                                                                  _____
                                                                  **LOURDES A. MARTÍNEZ**
                                                                  **UNITED STATES MAGISTRATE JUDGE**