UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARISOL VEGA,

    Plaintiff,

vs.                                        Case No. 2:16-cv-00988 KG-LAM

CITY OF ROSWELL, ANTHONY ARMIJO,
SCOTT OLDANI, MIGUEL A. LOPEZ,
SCOTT WRENN, JONATHAN DANIEL,
MIKE STANTON, JAIME ARROYO,
MICHAEL BURKOWSKI, ROBERT SCRIBNER
and JOHN DOE,

    Defendants.

## **ORDER OF DISMISSAL**

**THIS MATTER** having come before the Court upon the Stipulation of Dismissal filed by Plaintiff Marisol Vega and Defendant City of Roswell, the only remaining Defendant who has not been dismissed [Doc. 35], and the Court being fully advised in the premises, finds that a dismissal with prejudice should be entered as prayed for.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this matter be, and the same hereby is, dismissed with prejudice. Each party to bear their own costs.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:
SANDER, BRUIN, COLL & WORLEY, PA

*Electronically approved:*

By:   */s/ John S. Hightower*_____
      Clayton S. Hightower
      John S. Hightower
      Post Office Box 550
      Roswell, New Mexico 88202-0500
      Telephone:   575-622-5440
      Facsimile:   575-622-5853

*Attorneys for Plaintiff*


HINKLE SHANOR LLP

By:   */s/ Richard E. Olson*_____
      Richard E. Olson
      Alyssa D. Rogers
      Post Office Box 10
      Roswell, New Mexico 88202-0010
      Telephone:   575-622-6510
      Facsimile:   575-623-9332
      E-Mail:   rolson@hinklelawfirm.com
                arogers@hinklelawfirm.com

*Attorneys for Defendants*